```
UNITED STATES BANKRUPTCY COURT, NORTHERN DISTRICT OF ILLINOIS, EASTERN DIVISION

IN RE:                                      CASE NO. 06 B 09221
    CARLOS D FERNANDEZ
                                            CHAPTER 13

                                            JUDGE: BRUCE W BLACK

            Debtor
    SSN XXX-XX-5083


-----------------------------------------------------------------------
                    TRUSTEE'S FINAL REPORT AND ACCOUNT
-----------------------------------------------------------------------
     Glenn Stearns, Chapter 13 Standing Trustee, submits the following
Final Report and Account of the administration of the estate pursuant to
11 USC 1302(b)(1).

    1.  The case was filed on 07/31/06 and confirmed on 11/01/06.

    2.  The case was converted to Chapter 7 after confirmation, 12/04/2006.

    3.  The Debtor paid a total of $     771.08 .

    4.  The Trustee made disbursements to creditors as follows:

-----------------------------------------------------------------------
CREDITOR NAME              CLASS            CLAIM AMOUNT    INTEREST       PRINCIPAL
                                                            PAID           PAID
-----------------------------------------------------------------------
WASHINGTON MUTUAL BANK     CURRENT MORTG         .00           .00            .00
WASHINGTON MUTUAL BANK     MORTGAGE ARRE   NOT FILED           .00            .00
WASHINGTON MUTUAL          SECURED              .00            .00            .00
WASHINGTON MUTUAL          MORTGAGE ARRE   NOT FILED           .00            .00
AMERICAN GENERAL FINANCE   UNSECURED       NOT FILED           .00            .00
ASSET ACCEPTANCE CORP      UNSECURED       NOT FILED           .00            .00
CAPITAL ONE FINANCIAL      UNSECURED       NOT FILED           .00            .00
CHRYSLER FINANCIAL         UNSECURED       NOT FILED           .00            .00
DAIMLER CHRYSLER FINANCI   UNSECURED       NOT FILED           .00            .00
CCA                        UNSECURED       NOT FILED           .00            .00
CREDIT PROTECTION ASSOC    UNSECURED       NOT FILED           .00            .00
FINANCIAL RECOVERY SERVI   UNSECURED       NOT FILED           .00            .00
FIRST NATIONAL CREDIT CA   UNSECURED       NOT FILED           .00            .00
FIRST PREMIER BANK         UNSECURED       NOT FILED           .00            .00
FIRST REVENUE ASSURANCE    UNSECURED       NOT FILED           .00            .00
HSBC                       UNSECURED       NOT FILED           .00            .00
METLIFE                    UNSECURED       NOT FILED           .00            .00
NATIONWIDE ACCEPTANCE      UNSECURED       NOT FILED           .00            .00
NICOR GAS                  UNSECURED       NOT FILED           .00            .00
PARACON WAY                UNSECURED       NOT FILED           .00            .00
-----------------------------------------------------------------------
CREDITOR NAME              CLASS            CLAIM AMOUNT    INTEREST       PRINCIPAL
                                                            PAID           PAID
-----------------------------------------------------------------------
RETAILERS NATL BANK        UNSECURED       NOT FILED           .00            .00
USA PAYDAY LOANS           UNSECURED       NOT FILED           .00            .00
         Summary of disbursements:
-----------------------------------------------------------------------
                   SECURED      PRIORITY    UNSECURED      OTHER         TOTAL

TOTAL CLMS ALLOWED    .00          .00          .00          .00           .00
```

```
PRINCIPAL PAID                    .00         .00          .00          .00          .00
INTEREST PAID                     .00         .00          .00          .00          .00
TOTAL PAID                        .00         .00          .00          .00          .00
```
The Debtor's attorney, ROBERT J SEMRAD & ASSOC       , was allowed $   2500.00
and was paid $    264.75  direct and $     732.53  through the plan.

The Trustee received $      38.55 .

Refunds to the Debtor totaled $       .00 .

   Wherefore, the Trustee requests an order be entered discharging
the Trustee and the surety on his bond from any further liability
in this case.


   Dated: 03/22/07                   /S/
                                     GLENN STEARNS
                                     CHAPTER 13 TRUSTEE




                             PAGE   2
         CASE NO. 06 B 09221 CARLOS D FERNANDEZ